**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| MOSAID TECHNOLOGIES INC., | |
| Plaintiff, | |
| v. | C.A. No.: 6:12-cv-00846-LED |
| NXP SEMICONDUCTORS USA, INC. | |
| Defendants. | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)

Plaintiff MOSAID Technologies Inc. ("MOSAID"), by and through its undersigned counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby files its Notice of Dismissal Without Prejudice.  Plaintiff shows that Defendant has filed no Answer or Motion for Summary Judgment in this case and, therefore, pursuant to Rule 41(a) Plaintiff dismisses this action through this Notice of Dismissal.

February 27 2013

OF COUNSEL:

Steven G. Hill
Georgia Bar No. 354658
E-Mail:  sgh@hkw-law.com
Douglas R. Kertscher
E-Mail:  drk@hkw-law.com
Georgia Bar No. 416265
HILL, KERTSCHER & WHARTON, LLP
3350 Riverwood Parkway, Suite 800
Atlanta, Georgia  30339
770.953.0995

Respectfully submitted,

*/s/ Elizabeth L. DeRieux*
S. Calvin Capshaw
Texas State Bar No. 03783900
E-Mail:  ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
Texas State Bar No. 05770585
E-mail:  ederieux@capshawlaw.com
D. Jeffrey Rambin
Texas State Bar No. 00791478
jrambin@capshawlaw.com
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone:  (903) 236-9800
Facsimile:  (903) 236-8787
*Attorneys for Plaintiff Mosaid*
*Technologies Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on February 27, 2013, all counsel who are deemed to have consented to electronic service are being served with a copy of this document by the Court's Electronic Filing System, pursuant to Local Rule CV-5(a)(3)(A).

*/s/ Elizabeth L. DeRieux*
Elizabeth L. DeRieux