**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| MOSAID TECHNOLOGIES INC. | § | |
| | § | |
| v. | § | |
| | § | Case No. 6:12-cv-846 |
| NXP SEMICONDUCTORS USA, INC. | § | |

## FINAL JUDGMENT

In accordance with Plaintiff's Notice of Dismissal dismissing the claims in this case without prejudice (Doc. No. 5), it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby DENIED.

**It is SO ORDERED.**

**SIGNED this 4th day of March, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE